**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

DEC 18

MARIA L. GANDY,

      Plaintiff,

v.                             Civil Action No. 2:07cv254

UNITED STATES OF AMERICA,

      Defendant.

## ORDER

This matter has been referred to the undersigned for a settlement conference. The conference is scheduled for January 28, 2008, beginning at 2:00 p.m., in my chambers.

Counsel for the parties are ORDERED to submit to my chambers by January 23, 2008 at 4:00 p.m., a short letter setting forth their position regarding settlement. This letter should not be addressed to the Clerk. The information contained in it will be kept confidential. Counsel may mail or deliver the letter to my chambers, United States District Court, 600 Granby Street, Suite 181, Norfolk, Virginia 23510, or send it via telecopier to (757) 222-7028. Please attach to the letter any documents that counsel wish me to review in advance, for example, relevant reports of expert witnesses. Please do not ask me to review documents in the Court's file. Counsel should not serve a copy of the letter on opposing counsel unless it is their client's wish to disclose his or her position regarding settlement.

Plaintiff and a representative or agent of the defendant, with full settlement authority, are required to be present at the settlement conference. Exceptions to this requirement must be approved by me in advance. In addition, parties attending the settlement conference must be notified that electronic equipment (cell phones, pagers, laptops, etc.) is not permitted in the courthouse without the express permission of the Court.

Because ex parte discussions may occur during the settlement conference, I will not conduct any other hearing or make any further decisions in this case after beginning the settlement conference. I will not disclose the information I receive in the settlement conference to anyone without the permission of the party providing the information. As per Federal Rule of Evidence 408, statements made during the settlement conference may not be used by or against any party.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
December 18, 2007